IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**HN1 THERAPY NETWORK OF PUERTO RICO, LLC,**

Plaintiff,

v.

**ASOCIACION PUERTORRIQUENA DE FISIOTERAPIA, et al.,**

Defendant.

**CIVIL NO. 10-1404 (GAG)**

## PARTIAL JUDGMENT

Pursuant to the court's order at Docket No. 48, the court enters partial judgment dismissing the claims against defendants Regina Rivera Carde, Raphael Melendez Perez, Oneida Rodriguez Caraballo and Pedro Pinero. Each party to bear its own costs and attorney's fees. The court shall retain jurisdiction to enforce the settlement.

**SO ORDERED.**

In San Juan, Puerto Rico this 31st day of January, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge