# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**HN1 THERAPY NETWORK OF PUERTO RICO, LLC,**

**Plaintiff,**

**v.**

**ASOCIACION PUERTORRIQUENA DE FISIOTERAPIA, et al.,**

**Defendant.**

**CIVIL NO. 10-1404 (GAG)**

## JUDGMENT

Pursuant to the court's order at Docket No. 69, the court approves the parties' Joint Settlement Stipulation and enters judgment dismissing all claims with prejudice. Each party to bear its own costs and attorney's fees. The court shall retain jurisdiction to enforce the Joint Settlement Stipulation.

**SO ORDERED.**

In San Juan, Puerto Rico this 20th day of May, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge